# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

May 26, 2020

**VIA ECF**
The Honorable Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to June 18, 2020 at 9:00 a.m. and will be held by video conference.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 26, 2020

Re:   United States v. Pablo Quiles
      Docket No.: 20-Cr-00150 (RA)

Dear Judge Abrams:

Pablo Quiles is scheduled to appear before Your Honor on Friday, May 29th, 2020 for sentencing. Please know that we received his final pre-sentencing report on May 13th, 2020 and have been unable to meet and review this report with Mr. Quiles. Therefore, we respectfully request that the matter be adjourned and re-calendared to June 15th, 18th or 19th if convenient to the Court.

Please know that Jarrod Schaeffer, the Assigned Assistant, as well as Probation Officer Meaghan Biggs have consented our request.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/mw

cc:  AUSA Jarrod Schaeffer, via email
     Probation Officer Meaghan Biggs, via email