

# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

June 10, 2020

**VIA ECF**
The Honorable Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The sentence is adjourned to June 30, 2020 at 11:00 a.m. and will be held by video conference.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> June 10, 2020

Re:  **United States v. Pablo Quiles**
     **Docket No.: 20-Cr-00150 (RA)**

Dear Judge Abrams:

    We are the attorneys for Pablo Quiles. He is scheduled to be sentenced on June 18, 2020. Inasmuch as we recently received certain information that we were awaiting to prepare his sentencing memorandum, we respectfully request that his sentence be re-calendared to June 30, 2020.

    Please know that Jarrod Schaeffer, the Assistant United States Attorney, does not object to our request.

    Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/ad

cc: AUSA Jarrod Schaeffer, via email