USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PABLO QUILES,<br><br>Defendant. | No. 20-CR-150<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The CourtCall video sentencing is scheduled for Tuesday June 30, 2020 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated: June 26, 2020
New York, New York

Ronnie Abrams
United States District Judge